## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

| | | |
|---|---|---|
| **FABIAN WOODS, JR,** | : | |
| | : | |
| **Plaintiff,** | : | |
| VS. | : | NO. 4:24-CV-00015-CDL-MSH |
| | : | |
| **MARK JACKSON,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |
| _____ | : | |

## ORDER

Presently pending before the Court is a motion for a subpoena filed by Fabian Woods, Jr., an inmate currently confined in the Rutledge State Prison in Columbus, Georgia. The Court transferred this 42 U.S.C. § 1983 action to the Northern District of Georgia on January 30, 2024 (ECF No. 3), and the case was closed in this district on the same date. Because this action is no longer pending in this Court, the Court will not consider Plaintiff's most recent filings, and Plaintiff's motion for a subpoena (ECF No. 5) is **DENIED as moot.** All future documents related to Plaintiff's § 1983 claims arising from Clayton County, Georgia, should be filed in the Northern District of Georgia.

The Clerk is **DIRECTED** to mail a copy of Plaintiff's motion (ECF No. 5) to the Northern District of Georgia, Atlanta Division, where Plaintiff's § 1983 case is currently pending. If Plaintiff files any additional motions in the above-captioned case in this Court moving forward, the Clerk is **DIRECTED** to docket them as notices, and the Court will take no further action on those filings.

**SO ORDERED**, this **6th** day of **February, 2024**.

                                        S/Clay D. Land
                                        CLAY D. LAND
                                        U.S. DISTRICT COURT JUDGE
                                        MIDDLE DISTRICT OF GEORGIA